ORIGINAL

FILED
JUN - 4 2007
U.S. COURT OF FEDERAL CLAIMS

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**ESSEX ELECTRO ENGINEERS, INC.,**
2015 Mitchell Boulevard
Schaumburg, IL 60193
(847)891-4444

Plaintiff,

v.

**THE UNITED STATES,**

Defendant.

No. 07-348 C

**DISCLOSURE STATEMENT**

There is no parent corporation to the Plaintiff, Essex Electro Engineers, Inc. (Essex), nor is there any publicly held corporation that owns 10% or more of Essex.

Date: 5-29-07

Respectfully submitted,

Charles E. Raley
54 Governors Road
Hilton Head Island, SC 29928
(843)363-6634
FAX: (843)363-6635
e-mail: craley@islc.net

Counsel for Plaintiff,
Essex Electro Engineers, Inc.