# In the United States Court of Federal Claims

No. 07-348C
(Filed: July 26, 2007)

* * * * * * * * * * * * * * * * * * * * * * *
ESSEX ELECTRO ENGINEERS, INC.,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant*.

* * * * * * * * * * * * * * * * * * * * * * *

ORDER

The court will place a call to the parties on Thursday, August 2, 2007, 2:30 p.m., to discuss defendant's motion for an enlargement of time and defendant's motion for a Rule 16 scheduling order. The call will not be recorded.

s/ Eric G. Bruggink
ERIC G. BRUGGINK
Judge