# In the United States Court of Federal Claims

No. 07-348C
(Filed: August 2, 2007)

* * * * * * * * * * * * * * * * * * * * * * *
ESSEX ELECTRO ENGINEERS, INC.,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant.*

* * * * * * * * * * * * * * * * * * * * * * *

ORDER

Defendant filed a motion for an enlargement of time until October 2, 2007, to respond to plaintiff's complaint. Defendant also moved for an order stating that it need not respond to plaintiff's premature discovery requests and to preclude plaintiff from filing any additional requests before the filing of the Joint Preliminary Status Report. Those motions are granted. It is ordered:

1. Defendant shall respond to plaintiff's complaint on or before October 2, 2007.

2. Pursuant to Rule 26(d) of the Rules of the United States Court of Federal Claims ("RCFC"), discovery shall await the conference of the parties required by RCFC Appendix A ¶3. Defendant need not answer any discovery requests prematurely served upon it by the plaintiff. Plaintiff shall not serve any further discovery requests upon defendant prior to the conference of the parties to prepare a Joint Preliminary Status Report. This order does not preclude either party from making any initial disclosures.

s/ Eric G. Bruggink
ERIC G. BRUGGINK

Judge