IN THE UNITED STATES COURT OF FEDERAL CLAIMS

ESSEX ELECTRO ENGINEERS, INC., )
)
Plaintiff, )
)
v. ) No. 07-348C
) (Judge E. Bruggink)
THE UNITED STATES, )
)
Defendant. )
)

**PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME**

Plaintiff respectfully requests the grant of an enlargement of time under RCFC Rule 6(b) to respond to Defendant's Motions to Dismiss and for Summary Judgment filed on September 26, 2007. Plaintiff's response is presently due on October 10, 2007 [RCFC Rule 7.2(a)]. The reason for this enlargement is the time necessary for Plaintiff's counsel to devote to other client issues and preparation by counsel for hearings by the Town Board of Zoning Appeals of which he is a member.

Plaintiff requests an enlargement of fourteen (14) days to and including October 24, 2007. In accordance with RCFC Rule 6.1, Plaintiff contacted Defendant's counsel regarding the requested enlargement and Defendant has consented to the enlargement.

Respectfully submitted,

/s/ Charles E. Raley
Charles E. Raley
Counsel for Plaintiff

Certificate of Service

I hereby certify that on the 8th day of October, 2007, the foregoing Plaintiff's Enlargement Motion was electronically filed with the Court. I understand that notice of this filing will be sent to Defendant by operation of the Court's ECF System, which may be accessed through the System.

/s/ Charles E. Raley
Charles E. Raley