IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ESSEX ELECTRO ENGINEERS, INC., Plaintiff, | ) | |
| v. | ) | No. 07-348C (Judge E. Bruggink) |
| THE UNITED STATES, Defendant. | ) | |

**PLAINTIFF'S PROPOSED FINDINGS OF UNCONTROVERTED FACT**[1]

1. Fixed price Supply Contract No. F04606-94-D-0401 [Contract-0401] was awarded to Essex Electro Engineers, Inc. [Essex] on September 30, 1994. The Contract was a 100% small business set aside for the production and supply of Generator Sets. Essex completed the Contract in January, 2002. (Complaint, ¶ 6).

2. On June 26, 2000, Essex submitted to the Contracting Officer a certified Contract Disputes Act [CDA] claim on Contract-0401 for an equitable adjustment for Government-caused performance delays to Essex's performance resulting from Government changes. (Complaint, ¶¶ 8 through 17; Def's Proposed Findings, Exh. A, p. 1).

3. For almost six years, the Government asserted that it was unable to address, negotiate or resolve Essex's claim because of the hostilities in Afghanistan and the preparation and conduct of the war in Iraq; and the Government had never disputed Essex's entitlement to the claim. (Complaint, ¶¶ 19 to 20].

1 By virtue of its Motions, Defendant has recognized the facts alleged in Plaintiff's Complaint as true [Def's Motions, p. 2, n. 1]. This was after Defendant was granted an enlargement of time of 60 days for a review of the Contract files to determine the accuracy of the facts alleged by Plaintiff.

4. On May 18, 2006, the Government and Essex agreed to a final settlement of Essex's Contract CDA claim in an amount due of $1,164,832.00, plus accrued interest since June 26, 2000. (Complaint, ¶ 21; Def's Proposed Findings, Exh. A, p. 1). Both the Contracting Officer and Essex confirmed the "Date of settlement (May 18, 2006)", with payment required within a reasonable time or the agreement would be enforceable as a stipulation of entitlement and quantum. (Def's Exh. A; Append. pp. 1-2).

5. Essex allowed no more than 60 days from May 18, 2006, in order for a funding modification and the payment to occur. (Append. pp. 3-4).

6. The Contracting Officer and higher management were fully aware that under the settlement agreement the funding and payment due date of July 17, 2006, was definite and that the payment must be made by that date. (Append. pp. 5-7).

7. With no explanation other than "holidays" and people "being on leave," it was not until July 17, 2006, that the funding Contract Modification P00007 was issued by the Contracting Officer and signed for the final settlement agreement of May 18, 2006. The Modification directed the payment agency, DFAS, to make the payment "AS SOON AS POSSIBLE". The Modification "changed" Section B of Contract-0401 ["Supplies or Services"] to add Contract Line Item Number [CLIN] 0009, the payment due for the CDA claim, and CLIN 0010, the accrued CDA interest on the amount found due on the CDA claim up to the date of the settlement on May 18, 20006. The Modification included a release of the "Government from any and all liability under this contract for further equitable adjustments or claims attributable to the facts or circumstances giving rise to the claim." (Def.'s Exh. A; Complaint ¶ 22).

8. On July 17, 2006, Essex submitted its Invoice "B809-CLAIM" for payment of the

amounts on CLIN 0009 and CLIN 0010 in Modification P00007, stating that payment was due July 17, 2006, "upon receipt of this invoice." (Complaint ¶ 27; Append. pp. 4-8).

9. Also, on July 17, 2006, the Contracting Officer issued Contract-0401, Delivery Order 0004 "for Supplies or Services," again specifying CLINs 0009 and 0010 and requiring that DFAS "MUST" pay "as soon as possible..." (Complaint ¶ 23; Append. pp. 9-10).

10. Essex's Invoice was recorded by MOCAS [the DFAS electronic payment tracking system] with a "Payment Due" date of July 26, 2006. (Complaint ¶ 31; Append. p. 11).

11. On August 30, 2006, Essex received the payment of its Invoice for CLINs 0009 and 0010, without any interest beyond the CLIN 0010 accrued interest as of May 18, 2006. (Complaint ¶ 29].

12. After waiting ten days, on September 11, 2006, Essex submitted its written request/demand under FAR 32.907-1(c)(1) for the late payment interest penalty required to have been paid on August 30, 2006, under FAR 32.907-1(a) and for the additional penalty amount under FAR 32.907-1(c) because of the failure of the Government to pay the late payment interest penalty within ten days. (Complaint ¶ 32; Append. pp. 12-13).

13. On December 29, 2006, Essex submitted its CDA claim to the assigned Contracting Officer for the Prompt Payment late payment interest penalty and additional penalty for nonpayment. (Complaint ¶ 38).

14. It was not until May 17, 2007, that a new Contracting Officer informed Essex that "[a]fter discussions with legal counsel, the Government's position is that interest is not payable under the Prompt Payment Act (PPA)." (Complaint ¶ 47).

15. In an effort to amicably resolve the question of interest due in this matter, Essex

incurred accrued administration costs for attorney fees and expenses for 63.25 Hours of professional services and expenses of $190.50 in communications and research from and after May 18, 2006, to and including May 17, 2007, when the new Contracting Officer refused to pay the interest claim, although the Contracting Officer never issued a final decision under the CDA. (Complaint ¶¶ 52-54; Append. pp. 14-17).

Respectfully submitted,

/s/ Charles E. Raley
Charles E. Raley
Counsel for Plaintiff
54 Governors Road
Hilton Head Island, SC 29928
Tel: 843-363-6634
Fax. 843-363-6635

Certificate of Service

I hereby certify that on the 24th day of October, 2007, the foregoing Plaintiff's Proposed Findings of Uncontroverted Fact and related Appendix were electronically filed with the Court. I understand that notice of this filing will be sent to Defendant by operation of the Court's ECF System, which may be accessed through the System.

/s/ Charles E. Raley
Charles E. Raley

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ESSEX ELECTRO ENGINEERS, INC., Plaintiff, | ) | |
| v. | ) | No. 07-348C (Judge E. Bruggink) |
| THE UNITED STATES, Defendant. | ) | |

**PLAINTIFF'S OPPOSITION TO**
**DEFENDANT'S MOTIONS TO DISMISS AND FOR SUMMARY JUDGMENT**
**AND**
**PLAINTIFF'S CROSS-MOTION FOR SUMMARY JUDGMENT**

# APPENDIX

# TABLE OF CONTENTS

Page

1. May 19, 2006: E-mails between Essex's Counsel and the Contracting Officer, confirmation of Settlement Agreement on May18, 2006............................................1-2

2. May 31, 2006: E-mails between Essex's Counsel and the Contracting Officer, Confirmation of Settlement Agreement 60 day commitment from May 18, 2006......3-4

3. July 12, 2007: E-mails between Essex's Counsel and the Contracting Officer, confirmation that July 17, 2006, is the settlement payment date................................5-7

4. July 17, 2006: Essex's Invoice No. B809-CLAIM for Immediate Payment................ 8

5. July 17, 2006: Order for Supplies or Services No. 0004 for Contract Line Item Nos. 0009 and 0010, noting that payment Must be made as soon as possible.............9-10

6. August 17, 2006, MOCAS record noting Payment Due: 07/26/06 on Essex's Invoiced Amount of $1,508,107.99.................................................................... 11

7. September 11, 2007: Essex demand letter for the interest penalty and additional penalty for late payment.........................................................................................12-13

8. Plaintiff's Counsel's Statement of Professional Time and Costs................................14-17

**Main Identity - Backup**

From: "Charles E. Raley" <craley@islc.net>
To: "Hargis Jane Civ 742 CBSSS/GBTRKC" <Jane.Hargis@robins.af.mil>
Sent: Friday, May 19, 2006 2.43 PM
Subject: Re: Contract-0401 Settlement Agreement

Ms. Hargis:

Thank you for confirming the agreement.

For your convenience, below I am providing the applicable CDA interest rate as required in 10 U.S.C. Sec. 611 and 31 U.S.C. Sec. 3902(a):

| Period | Days | Ann.Rate/Year Days | | x Per.Days | = Rate |
|---|---|---|---|---|---|
| 6/26--30/00 | 4 | 0.0675 | 366 | 4 | 0.0007 |
| 7/1-12/31/00 | 184 | 0.0725 | 366 | 184 | 0.0364 |
| 1/1-6/30/01 | 181 | 0.06375 | 365 | 181 | 0.0316 |
| 7/1-12/31/01 | 184 | 0.05875 | 365 | 184 | 0.0296 |
| 1/1-6/30/02 | 181 | 0.0550 | 365 | 181 | 0.0273 |
| 7/1-12/31/02 | 184 | 0.0525 | 365 | 184 | 0.0265 |
| 1/1-6/30/03 | 181 | 0.0425 | 365 | 181 | 0.0211 |
| 7/1-12/31/03 | 184 | 0.03125 | 365 | 184 | 0.0158 |
| 1/1-6/30/04 | 182 | 0.040 | 366 | 182 | 0.0199 |
| 7/1-12/31/04 | 184 | 0.045 | 366 | 184 | 0.0226 |
| 1/1-6/30/05 | 181 | 0.0425 | 365 | 181 | 0.0211 |
| 7/1-12/31/05 | 184 | 0.045 | 365 | 184 | 0.0227 |
| 1/1-5/18/06 | 138 | 0.05125 | 365 | 138 | 0.0194 |
| | | | | TOTAL RATE: | 0.2947 |

You are correct in assuming that I should be the POC for remaining actions to close this matter.

Based on prior experience in these matters, the payment modification need only recite the terms stated in my e-mail, namely the amount due and that the pending claim and any and all other issues arising under the Contract, whether known or unknown, are fully and finally settled by the payment of the required amount. Upon receipt of the modification, Essex will return the modification signed by Mr. Pawlowski with an Essex Invoice referencing the Contract Modification Number. I believe the number should be No. "18", since the last known Contract Modification was "17" dated March 6, 2001. Payment would then be due.

Please keep me advised on a continuing basis of the status of the funding of this matter.

C.E. Raley
Counsel for Essex

----- Original Message -----
**From:** Hargis Jane Civ 742 CBSSS/GBTRKC
**To:** 'Charles E. Raley'
**Cc:** 'glenn@essexelectro.com' ; Vassey Deryl C Civ WRALC/PKPF ; Greenwell Timothy A Civ WRALC/DCAA ;

5/19/2006

'Salita, Howard, Mr, DCAA' ; Davison Paul Civ WRALC/JAQ
**Sent:** Friday, May 19, 2006 1:30 PM
**Subject:** RE: Contract-0401 Settlement Agreement

Mr. Raley,

This email confirms the Government's agreement to settle this claim for the amount specified in your email below including CDA interest up to and including May 18, 2006. As stated to your yesterday, we have negotiated a settlement which will utilize funds which do not belong to this organization. We are in the process of determining the amount of interest so that we will know the total amount of funding required and, when that number is known, we will request funding in that amount. I will advise you of the estimated time to obtain the funding as soon as I possibly can. I will also need to discuss with you or Mr. Pawlowski what is the best way to modify the contract to make the billing and payment of these funds as simple as possible so that this whole issue can be closed out. I'm not sure if we will need Essex to execute a Certificate of Current Cost or Pricing Data but, if required, we will expect that as a part of the final close out of this issue. I will be back in touch with you ASAP. In the meantime, please feel free to call or email me as appropriate. I am assuming that you are the proper POC for the remainder of the actions required to close this out? Please advise if this is correct.

**From:** Charles E. Raley [mailto:craley@islc.net]
**Sent:** Friday, May 19, 2006 8:42 AM
**To:** Hargis Jane Civ 742 CBSSS/GBTRKC
**Subject:** Contract-0401 Settlement Agreement

Dear Ms. Hargis:

This confirms the results of our teleconference in the afternoon on May 18, 2006.

Essex and the Government agree to a full and final settlement of the pending Claim and any other issues arising under the subject Contract F04606-94-F0401 upon the Government's payment to Essex of $1,164,832.00 plus CDA interest on that amount from June 26, 2000, to and including May 18, 2006. The total payment will be made as soon as possible using the Government's best efforts. In the absence of the required payment within a reasonable period of time, this agreement will be enforceable as a stipulation of Essex's entitlement and quantum. This morning you will be providing an e-mail to me confirming this agreement. Based on this agreement Essex will not proceed to file its Complaint in the U.S. Court of Federal Claims as had been stated in our letter of May 16, 2006.

Charles E. Raley
Counsel for Essex

**Main Identity - Backup**

**From:** "Hargis Jane Civ 742 CBSSS/GBTRKC" <Jane.Hargis@robins.af.mil>
**To:** "'Charles E. Raley'" <craley@islc.net>
**Sent:** Wednesday, May 31, 2006 3:03 PM
**Subject:** RE: Essex Claim Settlement

Thanks for the email. We are exploring several avenues to obtain the funds and hopefully, we will be able to do so very quickly. I will keep you informed.

---

**From:** Charles E. Raley [mailto:craley@islc.net]
**Sent:** Wednesday, May 31, 2006 11:46 AM
**To:** Hargis Jane Civ 742 CBSSS/GBTRKC
**Cc:** Seguin Steven W Civ 578 CBSS/GBZF; Miller David L Civ 578 CBSS/GBZFM; Dunmeyer Bonita J Civ 542 CSW/FMM; Harris Veronica J Civ 742 CBSSS/GBTRK; Bryson Yvonne H Civ 642 CBSSS/GBZO-PKA
**Subject:** Re: Essex Claim Settlement

We confirm that the settlement amount plus interest to and including May 18, 2006, totals the sum of $1,508,107.99 as agreed.

We also will allow a period of no more than 60 days from May 18, 2006, in order for the funding modification and payment to occur.

On a continuing basis, please keep me informed of the actions and status of your progress in meeting this funding and payment schedule.

Sincerely,

C.E. Raley
Counsel for Essex

----- Original Message -----

**From:** Hargis Jane Civ 742 CBSSS/GBTRKC
**To:** 'Charles E. Raley'
**Cc:** Seguin Steven W Civ 578 CBSS/GBZF ; Miller David L Civ 578 CBSS/GBZFM ; Dunmeyer Bonita J Civ 542 CSW/FMM ; Harris Veronica J Civ 742 CBSSS/GBTRK ; Bryson Yvonne H Civ 642 CBSSS/GBZO-PKA
**Sent:** Wednesday, May 31, 2006 11:00 AM
**Subject:** Essex Claim Settlement

Just to be sure that our figures match completely, this is what I have as the amount due to Essex from the Government.

| | |
|---|---|
| Settlement - | $1,164,832.00 |
| Interest - | 343,275.99 |
| Total Due - | $1,508,107.99 |

Does this agree with your figures?

Here is the status on funds:

This contract as funded with FY93/95 funds which are now cancelled. Consequently, we must obtain funding out of current year dollars through our Obligation Adjustment Reporting System (OARS). This is also complicated by the fact that there are several funds citations on the contract and they utilize BP 12, FMS and 616 dollars which means that funds must be obtained proportionately, if possible, from all sources. I have sought and am receiving assistance from our Financial Management office and also from the current Program Manager. Please be assured that obtaining these funds is a top priority not only with me but with our senior management. I realize this claim has been around for a long time; however, obtaining these funds may take a little time also. While I do not expect Essex to wait an inordinate amount of time and will do everything in my power to expedite receipt of the funding, I must have your firm commitment to the dollars set forth above. It will serve no useful purpose for me to seek this funding and obtain it and then Essex not accept it because it has taken the Government time to obtain the funds. Obviously this is a "must pay" bill and we will obtain funding through some method; it is just likely to take several courses of action to do so. With your agreement, we will proceed and will diligently seek this funding. I will also keep you advised of each action and the status. Please understand that the Government does not expect you to wait an unreasonable amount of time and will definitely entertain discussions of additional interest if that should be the case. But, for today's effort and for a period of 60 days, I need your definite commitment to the above figure.

Please respond as soon as possible so that I may advise my management and we may begin this process immediately. I realize we settled 12 days ago but, due to the holidays and key personnel being on leave, I have been unable to obtain instructions as to what method the program office plans to pursue until today. Thanks for your cooperation.

**Main Identity - Backup**

**From:** "Charles E. Raley" <craley@islc.net>
**To:** "Hargis Jane Civ 742 CBSSS/GBTRKC" <Martha.Hargis@ROBINS.AF.MIL>
**Cc:** "Harris Veronica J Civ 742 CBSSS/GBTRK" <Veronica.Harris@ROBINS.AF.MIL>
**Sent:** Wednesday, July 12, 2006 3:43 PM
**Subject:** Re: Essex Claim

Ms. Hargis:

You should soon receive an e-mail from Glenn Pawlowski authorizing me to sign the Modification and submit an Invoice for the amount due and a Certificate of Current Cost or Pricing Data signed by him.

Please note that the current interest rate is 5.75% per annum which, on the base settlement of $1,164,832.00, results in an amount of $183.50 per day until payment after July 17, 2006.

C.E. Raley
Counsel to Essex Electro Engineers, Inc.

> ----- Original Message -----
> **From:** Hargis Jane Civ 742 CBSSS/GBTRKC
> **To:** Charles E. Raley
> **Cc:** Harris Veronica J Civ 742 CBSSS/GBTRK
> **Sent:** Wednesday, July 12, 2006 1:57 PM
> **Subject:** RE: Essex Claim
>
> Mr. Raley, I will send the document through our Legal Office and, upon their approval, will then send it to you electronically. You or whoever is authorized, can sign it, scan it and return it to me electronically.
>
> More importantly - before I can send this document for legal review, I need a Certificate of Current cost or Pricing Data signed by Glenn or Frank Pawlowski as of the date of agreement (18 May 2006). Please be sure the exact and current wording as set forth in the FAR Part 15 is used.I plan to send the file to legal by tomorrow afternoon so I need the Certificate as soon as possible.
>
> ---
>
> **From:** Charles E. Raley [mailto:craley@islc.net]
> **Sent:** Wednesday, July 12, 2006 1:08 PM
> **To:** Hargis Jane Civ 742 CBSSS/GBTRKC
> **Cc:** Harris Veronica J Civ 742 CBSSS/GBTRK
> **Subject:** Re: Essex Claim
>
> Ms. Hargis: The most expeditious procedure would be to Fax a copy of the draft modification to me for review this afternoon. I will let you know by e-mail this afternoon if the modification is acceptable as drafted and the answer to your question regarding authority to sign for Essex.
>
> C.E. Raley

**Main Identity - Backup**

**From:** "Hargis Jane Civ 742 CBSSS/GBTRKC" <Martha.Hargis@ROBINS.AF.MIL>
**To:** "Charles E. Raley" <craley@islc.net>
**Cc:** "Harris Veronica J Civ 742 CBSSS/GBTRK" <Veronica.Harris@ROBINS.AF.MIL>
**Sent:** Wednesday, July 12, 2006 10:42 AM
**Subject:** RE: Essex Claim

Mr. Raley, the funds have been identified and appropriate action to obtain these funds is being taken. We are aware of the July 17, 2006 settlement payment date and have made sure the appropriate management is aware. I am in the process of completing the modification and sending it through the necessary approval levels. I will advise you as soon as the funds are made available and the modification is ready for signature. Are you authorized by Essex to sign the modification on their behalf? If not, please advise who will sign it. If you are, please have either Mr. Frank Pawlowski or Mr. Glenn Pawlowski advise me of this authorization. Thanks.

---

**From:** Charles E. Raley [mailto:craley@islc.net]
**Sent:** Monday, July 10, 2006 3:12 PM
**To:** Hargis Jane Civ 742 CBSSS/GBTRKC
**Cc:** Harris Veronica J Civ 742 CBSSS/GBTRK
**Subject:** Re: Essex Claim

Ms. Hargis:

With respect to your last communication, below, I note that, because of the BRAC closings, the complete Contract and PCO responsibility was transferred to Warner Robins on August 24, 2000. I also note that it is now one week until the settlement payment date of July 17, 2006.

Consequently, it appears reasonable to take certain immediate actions. First, please advise of the amount of the necessary funds identified to date. Second, a partial funding Modification and payment of the identified funds should be issued promptly with the balance to be paid upon identification with interest. Instructions need to be given to DFAS for an immediate payment upon receipt of Essex's Invoice.

C.E. Raley
Counsel for Essex Electro Engineers, Inc.

> ----- Original Message -----
> **From:** Hargis Jane Civ 742 CBSSS/GBTRKC
> **To:** Charles E. Raley
> **Cc:** Harris Veronica J Civ 742 CBSSS/GBTRK
> **Sent:** Thursday, June 29, 2006 8:27 AM
> **Subject:** RE: Essex Claim
>
> I apologize for not keeping you more informed; however, on my last email to you I asked if you would like a weekly update. You did not answer so I assumed it was not an issue. Because the claim transferred from Sacramento to Robins, we have found that Robins funds are not appropriate for payment of the claim. Requests have gone to the responsible

customers and our responses have been positive. I have informed everyone of the date the payment must be made. I have also requested program management involvement to expedite obtaining these funds. These people are now working to get the funds. I wish I could give you a definite date and a more definitive status. But, given where I am, I can only provide the info and documentation that is required. I will definitely advise you as soon as I know when the money will be available.

# INVOICE

Essex Electro Engineers, Inc.
2015 Mitchell Blvd Suite A
Schaumburg, Illinois 60193
Phone: (847)-891-4444
Fax: (847)-891-9111

**Invoice Number** 8809-CLAIM

**Invoice Date** 7/17/2006

**Page** 1

**SOLD TO** WEST ENTITLEMENT CENTER
DFAS-COLUMBUS CENTER
P.O. BOX 182381
COLUMBUS, OHIO 43218-2381

**SHIP TO** N/A

| | | | | | |
|---|---|---|---|---|---|
| **ORDER DATE** 7/17/2006 | **TERMS** | Immediate | **SHIP DATE** | 7/17/2006 | |
| **ORDER NUMBER** | **DUE DATE** | 7/17/2006 | **SHIP NO** | MODP007 | |
| **PO NUMBER** F04606-94-D-0401-0004 | **DISCOUNT DATE** | 7/17/2006 | **SHIP VIA** | | |

| ITEM | ORDERED | SHIPPED | DESCRIPTION | PRICE | AMOUNT | TAX |
|---|---|---|---|---|---|---|
| | 1.00000 | 1.00000 | CLIN 0009 SETTLEMENT OF CLAIM<br>Unabsorbed overhead due to Government caused delay | 1,164,832.00000 | 1,164,832.00 | N |
| | 1.00000 | 1.00000 | CLIN 0010 INTEREST ON SETTLEMENT<br>From date of certification of Claim (26 Jun 2000) through Date of settlement (18 May 2006) | 343,275.99000 | 343,275.99 | N |
| | | | This payment is required by the Contract Disputes Act, as noted in the attached modification & order. | | | |
| | | | Payment must be made upon receipt of this invoice | | | |

I hereby certify that this invoice is in accordance with the terms of *Modification P00007 & P00008 and the related Order*

| TAXABLE | NONTAXABLE | FREIGHT | SALES TAX | MISC | TOTAL |
|---|---|---|---|---|---|
| .00 | 1,508,107.99 | .00 | .00 | .00 | 1,508,107.99 |

.00 **NET DUE** 1,508,107.99

Page 1

# ORDER FOR SUPPLIES OR SERVICES

| | |
|---|---|
| 1. CONTRACT/PURCH ORDER/AGREEMENT NO. | F04606-94-D-0401 |
| 2. DELIVERY ORDER/CALL NO. | 0004 |
| 3. DATE OF ORDER/CALL (YYYYMMMDD) | 17 July 2006 |
| 4. REQUISITION/PURCH REQUEST NO. | N/A |
| 5. PRIORITY | DO: A1 |
| 6. ISSUED BY (CODE FA8517) | 742nd CLSSS/GBTRKCA<br>295 BYRON ST<br>ROBINS AFB GA 31098-1611<br>BUYER: Martha R. Hargis/LEKAA<br>Jane.Hargis@robins.af.mil<br>Phone: (478) 222-3780 No Collect Calls |
| 7. ADMINISTERED BY (if other than 6) (CODE S1403A) | DCMA Chicago<br>1523 West Central Road, Bldg 203<br>Arlington Heights IL 60005-2451<br>dcmachicago@dcma.mil<br>Payment Office: HQ0338<br>SCD:B |
| 8. DELIVERY FOB | DESTINATION [ ] / OTHER [X] (See Schedule if other) |
| 9. CONTRACTOR (CODE 21269) | Essex Electro Engineering Inc<br>2015 Mitchell Blvd<br>Schaumburg IL 60193-4563 US<br>(847) 891-4444 |
| FACILITY | |
| 10. DELIVER TO FOB POINT BY (Date) (YYYYMMMDD) | N/A |
| 11. X IF BUSINESS IS | SMALL / SMALL DISADVANTAGED / WOMEN-OWNED |
| 12. DISCOUNT TERMS | NET 30 DAYS |
| 13. MAIL INVOICES TO | SEE BLK 15 |
| 14. SHIP TO (CODE) | SEE LINE ITEM SCHEDULE |
| 15. PAYMENT WILL BE MADE BY (CODE HQ0338) | (SEE ELECTRONIC SUBMISSION OF PAYMENT REQUESTS, CLAUSE 252.232-7003)<br>DFAS-COLUMBUS CENTER<br>SOUTH ENTITLEMENT OPERATIONS<br>P O BOX 182264<br>1-800-756-4571<br>COLUMBUS OH 43218-2264<br>EFT:T<br>Error P0008 See MOD |
| MARK ALL PACKAGES AND PAPERS WITH IDENTIFICATION NUMBERS IN BLOCKS 1 AND 2. | |

16. TYPE OF ORDER

- DELIVERY/CALL [X] — This delivery order/call is issued on another Government agency or in accordance with and subject to terms and conditions of above numbered contract.
- PURCHASE — Reference your , Dated: , furnish the following terms specified herein.

ACCEPTANCE. THE CONTRACTOR HEREBY ACCEPTS THE OFFER REPRESENTED BY THE NUMBERED PURCHASE ORDER AS IT MAY PREVIOUSLY HAVE BEEN OR IS NOW MODIFIED, SUBJECT TO ALL OF THE TERMS AND CONDITIONS SET FORTH, AND AGREES TO PERFORM THE SAME.

NAME OF CONTRACTOR | SIGNATURE | TYPED NAME AND TITLE | DATE SIGNED (YYYYMMMDD)

If this box is marked, supplier must sign Acceptance and return the following number of copies:

17. ACCOUNTING AND APPROPRIATION DATA/LOCAL USE
SEE SCHEDULE

| 18. ITEM NO. | 19. SCHEDULE OF SUPPLIES/SERVICES | 20. QUANTITY ORDERED/ACCEPTED* | 21. UNIT | 22. UNIT PRICE | 23. AMOUNT |
|---|---|---|---|---|---|
| | (SEE SCHEDULE) | | | | |

ROUTINE

See page 2 attached.

NOTE TO DFAS: This order represents payment for settlement of a claim pursuant to the Contract Disputes Act. As such, payment Must be made as soon as possible after receipt of contractor's invoice.

Total

| | |
|---|---|
| * If quantity accepted by the Government is same as quantity ordered, indicate by X. If different, enter actual quantity accepted below quantity ordered and encircle. | |
| 24. UNITED STATES OF AMERICA | BY: Martha R. Hargis<br>Jane.Hargis@robins.af.mil<br>CONTRACTING/ORDERING OFFICER — [signature] |
| 25. TOTAL | $ 1,508,108.00 |
| 26. DIFFERENCES | |

27a. QUANTITY IN COLUMN 20 HAS BEEN: INSPECTED / RECEIVED / ACCEPTED, AND CONFORMS TO THE CONTRACT EXCEPT AS NOTED:

b. SIGNATURE OF AUTHORIZED GOVERNMENT REPRESENTATIVE | c. DATE (YYYYMMMDD) | d. PRINTED NAME AND TITLE OF AUTHORIZED GOVERNMENT REPRESENTATIVE

e. MAILING ADDRESS OF AUTHORIZED GOVERNMENT REPRESENTATIVE | 28. SHIP. NO. | 29. D.O. VOUCHER NO. | 30. INITIALS

PARTIAL / FINAL | 32. PAID BY | 33. AMOUNT VERIFIED CORRECT FOR

f. TELEPHONE NUMBER | g. E-MAIL ADDRESS | 31. PAYMENT: COMPLETE / PARTIAL / FINAL | 34. CHECK NUMBER

36. I CERTIFY THIS ACCOUNT IS CORRECT AND PROPER FOR PAYMENT.
a. DATE (YYYYMMMDD) | b. SIGNATURE AND TITLE OF CERTIFYING OFFICER | 35. BILL OF LADING NO.

37. RECEIVED AT | 38. RECEIVED BY (Print) | 39. DATE RECEIVED (YYYYMMMDD) | 40. TOTAL CONTAINERS | 41. S/R ACCOUNT NUMBER | 42. S/R VOUCHER NO.

DD FORM 1155, DEC 2001 PREVIOUS EDITION IS OBSOLETE

a. The Government hereby orders the following supplies and/or services:

| CLIN | DESCRIPTION | QTY/ UNIT | TOTAL |
|---|---|---|---|
| 0009 | Settlement of claim for unabsorbed overhead due to Government caused delay. | | |
| 0009AA | Portion of settlement for which The Air Force is liable. ACRN: AA | 1 lo | $1,134,105.00 |
| 0009AB | Portion of settlement for which FMS country (Korea) is liable. ACRN: AB | 1 lo | 21,509.00 |
| 0009AC | Portion of settlement for which FMS country (Turkey) is liable. ACRN: AC | 1 lo | 9,218.00 |

Total amount of CLIN 0009 - $1,164,832.00

| CLIN | DESCRIPTION | QTY/ UNIT | TOTAL |
|---|---|---|---|
| 0010 | Interest on settlement amount from Date of certification of claim (26 Jun 2000) through date of settlement (18 May 2006) | | |
| 0010AA | Portion of interest for which the Air Force is liable. ACRN: AA | 1 lo | $ 334,220.00 |
| 0010 AB | Portion of interest for which FMS Country (Korea) is liable. ACRN: AB | 1 lo | 6,339.00 |
| 0010 AC | Portion of interest for which FMS Country (Korea) is liable. ACRN: AC | 1 lo | 2,717.00 |

Total amount of CLIN 0010 - $343,276.00

a. Section G, Accounting and Appropriation:

ACRN: AA 5753010 115 36E8 19UPAD 000000 00000 120000 503000 F03000
FSR: 073931 PSR: 084347 DSR: 100866 - $1,468,325.00

AB 97118242. KS02 4FX 6305 CSIKKS 000000 00000 021000 503200 F0320F - $27,848.00

AC 97118242. TK02 4FX 47E5 CSMATK 000000 00000 004000 503200 F0320F - $11.935.00

| | | | |
|---|---|---|---|
| CAGE: | 21269 | DUNS: | 005235882 |
| CONTRACT: | F0460694D0401 | DELIVERY ORDER: | 0004 |
| CLIN: | | INVOICE: | MODP007 |
| SHIPMENT: | MODP007 | STATUS: | SEE REASON AND REMARK CODES |
| INVOICE AMOUNT PAID: | 1,508,107.99 | | |
| RECEIVE DATE: | 06/26/06 | ISSUE DATE: | 07/17/06 |
| ACCEPTANCE: | | TIN: | |
| LAST ACTION: | 07/27/06 | PROCESSING SITE: | COLUMBUS OHIO WEST |
| PAYMENT DUE: | 07/26/06 | MOCAS REASON: | E   REMARKS: 15 |
| ACTUAL PAYMENT DATE: | | CHECK/EFT AMOUNT: | 0.00 |
| VOUCHER NUMBER: | | ACRN: | |
| TRACE NUMBER: | | DSSN: | |
| CHECK NUMBER: | | CURRENCY: | US DOLLARS |
| RECEIVING BANK ID: | | QUANTITY PAID: | |
| ACCOUNT NUMBER: | | UNIT PRICE: | UM: |
| PAYEE NAME: | | | |
| ADDRESS: | | | |
| INVOICE AMOUNT: | 1,508,107.99 | ADJUSTMENT1: | |
| DISCOUNT: | 0.00 | REASON1: | |
| FREIGHT: | 0.00 | ADJUSTMENT2: | |
| INTEREST: | 0.00 | REASON2: | |
| TAX WITHHELD: | 0.00 | LATE PAY REASON: | |

VOUCHER REMARKS: .00 ADV PAY .00 WITHHOLD .00 LIQ DAMAGE .00 PROG PAY .00 QTY VAF

https://wawf.dfas.mil/reports/rwservlet?cmdkey=&report=vp_user_detail ... &v_vud_id=619... 8/17/2006

Law Office of
CHARLES E. RALEY*
54 Governors Road
Hilton Head Island, SC 29928
843-363-6634
Fax: 843-363-6635
E-mail: craley@isle.net

* Admitted: VA (Inactive) & D.C.

September 11, 2006

FIRST CLASS MAIL
& E-MAIL: Dave.Merz@dfas.mil

HQ0339
DFAS-Columbus Center
West Entitlement Operations
P.O. Box 182381
Columbus, OH 43218-2381
Attn: David Merz

**Re: Essex Electro Engineers, Inc.**
**Contract/Order No. F04606-94-D-0401-0004**
**Modifications/Amendments P00007, P00008 & 01**
**Invoice Date 7/17/2006, $1,508,107.99**
**Principle Receipt Date: 8/30/2006**

Dear Mr. Merz:

As we have previously advised:

1. The subject Modifications/Amendments confirmed the prior settlement of the subject CDA claim plus interest through May 18, 2006. As you know, the CDA requires the accrual of interest to and including the date of payment. One term of the settlement was that the accruing interest would be tolled for a period of "no more than 60 days." Thus payment of the amount recited in the Modifications/Amendments was due July 17, 2006.

2. The subject Invoice [Copy enclosed] was dated on the agreed due date of July 17, 2006. The Invoice was entirely proper as evidenced by the fact that at no time did DFAS notify Essex or return the Invoice for any alleged impropriety [See 5 CFR §1315.4(g)(4)]. The subject Modification/Amendment P00007 was also dated July 17, 2006. Unilateral Modifications/Amendments P00008 & 01[dated July 18, 2006]

merely corrected one number in the Contract number and the payment office number recited in Modification/Amendment P00007. The Modifications/Amendments explicitly directed DFAS to make the required payment "as soon as possible after receipt of the Invoice."

3. As authorized by FAR 32.903-1(a)(3) ["unique circumstances"] &(5)["accelerated payment"] and 5 CFR §1315.5(b) [Essex being a Small Business] and directed by the subject Modifications/Amendments, making contract payments by DFAS is possible as soon as 7 days after receipt of an invoice, see FAR 32.908(c)(2).

4. Accordingly, the subject Invoice due date was July 24, 2006 [7 days after receipt]. The payment by DFAS was not received by Essex's bank until August 30, 2006. Under the 30 day compounding provisions of FAR 32.907 and 5 CFR §1315.10, Late Payment Interest was automatically due on the principle payment date as follows:

| | |
|---|---|
| 7/25 – 8/24/2006: $1,508,107.99 x 0.0575 / 360 x 30 days: | $ 7,226.35 |
| 8/25 – 8/30/2006: $1,508,107.99 | |
| 7,226.35 | |
| $1,515,334.34 x 0.0575 / 360 x 6 days: | 1,452.20 |
| TOTAL LATE PAYMENT INTEREST: | $ 8,678.55 |

5. Also, an Additional Penalty is due under FAR 32.907 and 5 CFR §1315.11(b): 5,000.00

TOTAL LATE PAYMENT INTEREST
AND ADDITIONAL PENALTY NOW DUE: $ 13,678.55

Essex hereby requests/demands the immediate payment of $13,678.55.

Very truly yours,

Charles E. Raley
Counsel, Essex Electro Engineers, Inc.

cc: Mr. Michael Bryan, e-mail Michael.Bryan@dfas.mil

Mr. Frank J. Pawlowski
Essex Electro Engineers, Inc.

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ESSEX ELECTRO ENGINEERS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 07-348C<br>(Judge E. Bruggink) |

**PLAINTIFF'S COUNSEL'S STATEMENT OF PROFESSIONAL TIME AND COSTS**

The following is a summary of all professional time and costs accrued in telephone conferences, correspondence and other communications from the date of the final Contract No. F04606-94-D-0401 settlement agreement on May 18, 2006, until the preparation and filing of the Complaint in the above-captioned case in May, 2007, in an effort to amicably resolve the interest penalty and additional penalty arising from the Government's failure to timely pay the settlement payment. For more than thirty years, Counsel has assisted, consulted with, and represented the Plaintiff in the administration of its contracts with the Government, the negotiation and final settlement of issues, equitable adjustments, and claims on those contracts, and, if necessary, the prosecution of litigation on issues and claims on those contracts. My current CV is attached. Counsel 's normal and customary rate for several years since at least 2002 and to the present has been $300.00 per hour. This summary is taken from contemporaneous time and expense records maintained by Plaintiff's counsel.

| | | | |
|---|---|---|---|
| Month: | May, 2006 thru May, 2007 | Case: | Essex Administration, K-0401 |
| | | Matter: | 1169-007 |

Attorney: Charles E. Raley

| Date | Hours | Description |
|---|---|---|
| 05/18/06 | 3.0 | Telecon Frank, K-0401, Teleconf. Negotiation W/CO Hargis & other Gov't reps. Fax to Hargis (41 pages). Settlement agreement, $1,164,832, plus interest. |
| 05/19/06 | 1.0 | e-mail to Hargis, Confirming the agreement, Fax to Frank [1 page] |
| 05/19/06 | 2.0 | e-mail to Hargis, interest rate & settlement info. Fax to Frank [2 pages] |
| 05/25/06 | 0.5 | e-mail to Hargis - status |
| 05/31/06 | 5.0 | e-mail to Hargis, Response to Hargis e-mail of 05/76. |
| 06/07/06 | 0.5 | E-mail Hargis, Status |
| 06/28/06 | 0.5 | e-mail Hargis, payment status, Forward e-mail to Frank |
| 07/10/06 | 1.0 | E-mail to Hargis, Status, forward to Frank |
| 07/12/06 | 1.0 | e-mail to Hargis, Forward to Frank, response to Hargis 2nd. E-mail to Frank, forward and e-mail from Hargis. |
| 07/12/05 | 1.0 | e-mail from Hargis, forward to Glenn, response to Hargis e-mail, forward to Glenn e-mail from Hargis, Cert. Of Current Cost or Price Data |
| 07/13/06 | 1.0 | Telecon from Hargis Re: payment procedure, Telecons Frank & Glenn |
| 07/14/06 | 3.5 | e-mail inquiries for response from Hargis, Hargis e-mail, Hargis telecon, e-mail to Hargis, telecon from Frank, Fax to Frank (2 pages) |
| 07/15/06 | 4.5 | Computer revisions on Hargis proposal & create Mods. that can be agreed by Hargis and Frank |
| 0716/06 | 2.5 | e-mail & Fax (3 pages) final mod to Hargis (JPEG format), Fax to Frank (3 pages) |
| 07/17/06 | 2.0 | e-mails to Hargis, forwarded to Glenn, telecons to Glenn, e-mail to Glenn |
| 07/18/06 | 1.0 | e-mail from Hargis, to Hargis (2) |
| 07/18/06 | 1.0 | e-mails to Hargis & Glenn, Order payment office correction & Invoice revisions. |
| 07/19/06 | 1.0 | e-mail Order & Invoice |
| 07/21/06 | 0.5 | e-mail Glenn, Submittal fo Invoice |
| 08/01/06 | 0.5 | e-mails (3) Hargis, Anderson, Merz – Payment |
| 08/02/06 | 0.5 | e-mails (4) Hargis, Anbderson, Merz, Anne – Payment |
| 08/03-31/06 | 9.75 | 37 e-mails, Anderson, Anne, Beasley, Bryan, Drumm, Glenn, McDuff, Spring, Weir, Hargis - payment |

| | | |
|---|---|---|
| 09/08/06 | 2.5 | Request/Demand ltr DFAS Late payment interest & addit. Pen. |
| 09/11/06 | 1.5 | E-mails (3) Request/Demand letter, Merz, Michael, Frank (Anne) |
| 09/27/06 | 0.75 | e-mail Cherie Hayward, late payment int. & add. Pen. |
| 09/28/06 | 0.5 | e-mails to DFAS (2) |
| 09/29/06 | 1.5 | Research & e-mail to DFAS on Prompt Payment applicable to Final K settlement action. |
| 10/02/06 | 2.5 | E-mail Reply to Gather (DFAS) |
| 12/06/06 | 2.5 | Interest & Addit. Penalty Claim - Draft, Fax to Frank [4 pages] |
| 12/07/06 | 1.5 | " " " Corrections |
| 12/27/06 | 3.0 | Finalize Claim - Duplication/Printing [32 pages] |
| 12/29/06 | 2.5 | Final Claim - Fax/e-mail to Hargis, Fax to Frank [11 pages] |
| 01/02-3/07 | 0.25 | e-mails (2) to Hargis Re: her departure and Singleton, Fax to Frank [2 pages] |
| 01/16/07 | 0.25 | e-mail to Singleton, confirm claim forwarded by Hargis |
| 02/27/07 | 0.25 | e-mail Miller/Singleton, Status of Claim, Fax to Frank [1 page] |
| 02/28/07 | 0.25 | e-mail Glenn Miller [CO] claim reply required in 60 days. Fax to Frank [1 page]. |
| 03/13/07 | 0.25 | e-mail Glenn Miller [CO], Fax to Frank [2 pages] |

Total Hours: 63.25

| | | |
|---|---|---|
| Expenses: | Facsimile Transmissions (133 pages) | $ 133.00 |
| | Telecons, e-mails (89) | 49.50 |
| | Reproductions/Printing (32 pages) | 8.00 |
| | | $ 190.50 |

Respectfully submitted,

October 23, 2007

/s/ Charles E. Raley
Charles E. Raley
Counsel for Plaintiff

**CHARLES E. RALEY**
**54 Governors Road**
**Hilton Head Island, SC 29928**
**(843)363-6634**
**Fax: (843)363-6635**
**e-mail: craley@islc.net**

For more than twenty years Mr. Raley was a partner in the Washington, D.C., law firm, Israel & Raley. In January, 1994, he merged the firm with and became a senior partner in the law firm of Watt, Tieder, Hoffar & Fitzgerald, located in McLean, Virginia. In January, 2000, he relocated to Hilton Head Island, South Carolina. His practice has involved the representation of large and small businesses principally in the areas of public and private supply and construction contract administration, claims, litigation and compliance on a national level. His responsibilities have involved managing multi-million dollar projects and actions, including the supervision of engineering, architectural, and accounting professionals with budgets and reports to corporate boards and executives. Since June, 2003, he has also served on the Town of Hilton Head Board of Zoning Appeals.

Mr. Raley was born in Washington, D.C., May 3, 1946, and was raised in Northern Virginia. He received his undergraduate degree from the University of Virginia in 1968. He was an honors Juris Doctor graduate of the George Washington University School of Law in 1972.

Mr. Raley is a member of the bars of the District of Columbia and the Commonwealth of Virginia and is admitted to practice before the District of Columbia Court of Appeals; the Supreme Court of Virginia; several U.S. District Courts; the U.S. Court of Appeals for the Federal Circuit [previously the U.S. Court of Claims]; the U.S. Claims Court now Court of Federal Claims; the U.S. Courts of Appeals for the District of Columbia, the First, the Fourth, the Sixth, and the Tenth Circuits; and the U.S. Supreme Court. He is a member of the American Bar Association, the ABA Committee on Procurement Fraud, and is listed in *Who's Who in American Law* and *Who's Who in Executives and Professionals*. He has authored several articles, including *The Eichleay Bandwagon: Should We Pause Before Jumping Aboard?* Procurement Lawyer, 1996; *The Miller Act and the American Rule*, Construction Contractor, Fed. Pub., 1997; *All Seasons Construction & Roofing, Inc.: A Wrinkle in the Fabric of Delay Damage Recognition*, Procurement Lawyer, 1999. He co-authored *Proving and Pricing Delay Costs*, Ch. 22, Construction Disputes: Representing the Contractor, 3rd ed., Aspen, 2001. He has also been a guest Lecturer on contracting ethics compliance at the William & Mary School of Law.