# In the United States Court of Federal Claims

No. 07-348C
(Filed: January 8, 2008)

* * * * * * * * * * * * * * * * * * * * * * *
ESSEX ELECTRO ENGINEERS, INC.,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant.*

* * * * * * * * * * * * * * * * * * * * * * *

ORDER

Oral argument on defendant's motion to dismiss and on the parties' cross-motions for summary judgment will be heard from the courtroom on Tuesday, February 12, 2008, at 10:00 a.m., in the National Courts Building, 717 Madison Place, N.W., Washington, D.C. Counsel for both parties shall appear in person.

s/ Eric G. Bruggink
ERIC G. BRUGGINK
Judge