# In the United States Court of Federal Claims

**No. 07-348 C**

**ESSEX ELECTRO ENGINEERS, INC.,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's Opinion, filed February 20, 2008, granting defendant's motion for summary judgment, and denying plaintiff's cross-motion,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the complaint is dismissed, with prejudice. No costs.

John S. Buckley
Acting Clerk of Court

**February 21, 2008** By: s/Lisa L. Reyes

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.